**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hoi H. Kim,

                                        Plaintiff,

                    -against-

Moon Transport, LLC,

                                        Defendant.

                                        1:26-cv-01431 (DEH) (SDA)

                                        <u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on February 19, 2026, this action was removed from New York Supreme Court, Bronx County (Notice of Removal, ECF No. 1); and

WHEREAS, on February 25, 2026, the Court entered an Order scheduling an Initial Pretrial Conference, directing Plaintiff's counsel to file a Notice of Appearance no later than March 5, 2026 and directing Defendant's counsel to serve a copy of the Order on Plaintiff no later than March 2, 2026 (2/25/26 Order, ECF No. 4); and

WHEREAS, Defendant served a copy of the Order by mail (Aff. Service, ECF No. 5); and

WHEREAS, Plaintiff having not appeared, the Court, on March 9, 2026 emailed a copy of the Order to two publicly available email addresses for Plaintiff's counsel, including the email address on his firm's website, and directing Plaintiff's counsel to comply with the Order no later than March 16, 2026; and

WHEREAS, as of the date of this Order, Plaintiff's counsel still has not filed a Notice of Appearance in this action.

NOW, THEREFORE, it is hereby ORDERED that Plaintiff's counsel shall file a Notice of Appearance in this action as soon as possible and no later than March 24, 2026, the date the

parties' Proposed Case Management Plan is due. (*See* 2/25/26 Order at 1-2.) Failure to comply may result in the imposition of sanctions.

No later than Thursday, March 19, 2026, Defendant's counsel shall serve a copy of this Order on Plaintiff's counsel by mail and email a copy to his firm email address, rasaasto@alawspc.com, and file proof of service to the ECF docket.

**SO ORDERED.**

Dated:   New York, New York
         March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2