**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hoi H. Kim,

                    Plaintiff,

        -against-

Moon Transport, LLC,

                  Defendant.

**1:26-cv-01431 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's March 17, 2026 Order, Plaintiff's counsel was to file a Notice of Appearance in this action no later than March 24, 2026. (3/17/26 Order, ECF No. 6.) In accordance with a prior Order, the parties also were required to submit a proposed case management plan by the same date. (*See* 2/25/26 Order Scheduling Initial Pretrial Conference, ECF No. 4.)

Despite being served with the Court's Orders, including by email (*see* 3/2/26 Aff. of Service, ECF No. 5; 3/17/26 Order at 1; 3/1726 Aff. of Service, ECF No. 7), Plaintiff has failed to comply. Accordingly, it is hereby ORDERED that if Plaintiff fails to appear for the Initial Pretrial Conference scheduled for March 31, 2026, the Court may recommend that this case be dismissed for failure to prosecute.

It is further ORDERED that if Defendant has not received input from Plaintiff regarding the proposed case management plan by Friday, March 27, 2026, Defendant shall file its own proposed plan no later than Monday, March 30, 2026.

It is further ORDERED that, no later than Thursday, March 26, 2026, Defendant's counsel shall serve a copy of this Order on Plaintiff's counsel by hand delivery or overnight mail, and also

shall email a copy to his firm email address, rasaasto@alawspc.com, and file proof of service to

the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
          March 25, 2026

_____
STEWART D. AARON
United States Magistrate Judge